notice. See, also, 90 Misc. Rep. 338, 153 N. Y. Supp. 27; 153 N. Y. Supp. 1149.

INGRAHAM, P. J., dissents.

WALL, Respondent, v. SANBORN MAP CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Appeal from Trial Term, New York County. Action by Loretta Wall against the Sanborn Map Company. From a judgment for plaintiff, and order denying new trial, defendant appeals. Reversed, and complaint dismissed. William B. Davis, of New York City, for appellant. Jacquin Frank, of New York City, for respondent.

PER CURIAM. There was no evidence to justify a finding that the defendant was negligent, and the finding of the jury of such negligence is therefore reversed, the judgment and order appealed from reversed, with costs, and the complaint dismissed, with costs. Order filed.

In re WALLACE. (Supreme Court, Appellate Division, First Department. October 15, 1915.) In the matter of Franklin R. Wallace, deceased. No opinion. Motion to dismiss appeal denied, without costs. Order filed.

WALSH, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Catherine Walsh, committee of Edmund J. Walsh, an incompetent person, against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, with $10 costs. See, also, 154 N. Y. Supp. 884.

WARD, Respondent, v. WHITNEY CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by James Ward against the Whitney Company, Incorporated. E. C. Sherwood, of New York City, for appellant. L. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WARD LUMBER CO. v. KEYES et al. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by the Ward Lumber Company against Chas. F. Keyes and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 155 N. Y. Supp. 1147.

WARD LUMBER CO. v. KEYES et al. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by the Ward Lumber Company against Chas. F. Keyes and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1147.

WARREN et al. v. BOARD OF TAXES AND ASSESSMENTS OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Appeal from Special Term, New York County.

Application of George H. Warren and others, executors, for writ of certiorari to review the action of the Board of Taxes and Assessments of the City of New York. From an order quashing the writ, petitioners appeal, and from so much of such order as fails to award costs, and also from an order denying their motion to resettle the order, defendants appeal. Final order appealed from modified, and, as modified, affirmed, and appeal from the order denying motion to resettle dismissed. Irving Zion, of New York City, for executors. William H. King, of New York City, for defendants.

PER CURIAM. The final order appealed from is modified, by awarding costs to the city of New York against Herman Goldman, petitioner, and, as so modified, affirmed, with $10 costs and disbursements to the defendants. The appeal from the order denying motion to resettle is dismissed. Settle order on notice.

WASKOWSKI, Respondent, v. BOCKHAUS, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Florence Waskowski against George Bockhaus. E. R. Koch, of New York City, for appellant. H. Asher, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 158 App. Div. 922, 143 N. Y. Supp. 1149.

WASMUND v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Lena Wasmund, as administratrix, etc., against the Pennsylvania Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

WATERSTREDT, Appellant, v. NEW YORK, CHICAGO & ST. LOUIS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Alvina Waterstredt, as administratrix, etc., against the New York, Chicago & St. Louis Company. No opinion. Order affirmed, with costs to defendant to abide event.

WATSON, Respondent, v. ST. PAUL FIRE & MARINE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Catherine R. Watson against the St. Paul Fire & Marine Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.

WATTLES, Respondent, v. TUTTLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Raymond W. Wattles against Horace J. Tuttle, as trustee in bankruptcy of the estate of Bernard I. Rockoff. No opinion. Appeal dismissed, without costs, upon stipulation filed.

WEAKLEY v. NEW YORK CENT. R. CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Mary A. Weakley, as administratrix, etc., of John J. Weakley, deceased, against the New York Cen-